IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CORTEZ DEON WILLIAMS                                              PETITIONER

V.                                              NO. 1:20-CV-00043-GHD-RP

STATE OF MISSISSIPPI                                             RESPONDENT

## ORDER

Petitioner Cortez Deon Williams, proceeding *pro se*, filed the instant action seeking a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court is Petitioner's motion to proceed *in forma pauperis* ("IFP") in this action. Upon due consideration, the Court finds that Petitioner's application for leave to proceed IFP is incomplete.

Under 28 U.S.C. § 1915(a)(1), a petitioner seeking to proceed IFP must "submit[] an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security thereof." Further, under 28 U.S.C. § 1915(a)(2), the petitioner must "submit a certified copy of the trust fund account statement [] for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . ."

In moving to proceed IFP, Petitioner submitted only an "Affidavit of Poverty" in which he states that he is not employed, does not receive any income, and does not own any property. Petitioner did not, however, submit a certified copy of his inmate account. Thus, his application does not comply with the requirements as set forth above. Accordingly, Petitioner is directed to submit a certified copy of his inmate account information within twenty-one (21) days from the date of this order. Petitioner's failure to do so may result in dismissal of this action.

**SO ORDERED**, this the 16th day of March, 2020.

                                                   /s/ Roy Percy
                                                   UNITED STATES MAGISTRATE JUDGE