IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CORTEZ DEON WILLIAMS                                                                        PETITIONER

V.                                                                              NO. 1:20-CV-00043-GHD-RP

STATE OF MISSISSIPPI                                                                       RESPONDENT

ORDER

Petitioner Cortez Deon Williams, proceeding *pro se*, filed the instant action seeking a writ of habeas corpus under 28 U.S.C. § 2254. On March 13, 2020, Petitioner filed his first motion to proceed *in forma pauperis* ("IFP"). Doc. #2. As Petitioner's first application to proceed IFP was incomplete, the Court entered an order directing Petitioner to submit a certified copy of his inmate account information as required by 28 U.S.C. § 1915(a)(2). Doc. #4. Seemingly in response to that order, Petitioner filed a second motion to proceed IFP on March 27, 2020. Doc. #6. His second application, however, lacks a certified copy of his inmate account information, in that it has not been completed or signed by an authorized officer of the relevant correctional facility. *See* 28 U.S.C. § 1915(a)(2). Thus, Petitioner's application to proceed IFP remains incomplete. Accordingly, Petitioner is directed to submit a *certified* copy of his inmate account information—that is, it *must be completed and signed by an authorized officer of the petitioner's place of confinement*—within twenty-one (21) days from the date of this order. Failure to do so may result in dismissal of this action.

**SO ORDERED**, this the 31st day of March, 2020.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE