IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CORTEZ DEON WILLIAMS     PETITIONER

V.     NO. 1:20-CV-00043-GHD-RP

STATE OF MISSISSIPPI     RESPONDENT

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On March 13, 2020, Petitioner Cortez Deon Williams, proceeding *pro se*, filed the instant action seeking a writ of habeas corpus under 28 U.S.C. § 2254. Doc. #1. That same date, Petitioner submitted an application for leave to proceed *in forma pauperis* ("IFP") in this action. Doc. #2. Petitioner's IFP application, however, was incomplete as he failed to submit a certified copy of his inmate account information "for the 6-month period immediately preceding the filing of [his] complaint." *See* 28 U.S.C. § 1915(a)(2). Thus, on March 16, 2020, the Court entered an order directing Petitioner to submit the required information. Doc. #4. Subsequently, on March 27, 2020, Petitioner submitted a second application to proceed IFP. Doc. #6. Petitioner, however, again failed to attach a *certified* copy of his inmate account information. *Id.* Consequently, on March 31, 2020, the Court entered another order directing Petitioner to submit the required information within twenty-one (21) days. Doc. #7. Within both orders, the Court warned that Petitioner's "failure to do so may result in dismissal of this action." Doc. #s 4, 7. Despite the Court's directive, Petitioner failed to submit the required information, and the time for doing so has passed. Accordingly, the Court finds that the instant action is hereby **DISMISSED without prejudice** for failure to prosecute and failure to obey an order of the court under Fed. R. Civ. P. 41(b).

SO ORDERED, this the 12th day of May, 2020.

/s/ Glen H. Davidson

**UNITED STATES DISTRICT JUDGE**